UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAQUAUN LYNN HALL,<br><br>Plaintiff,<br>v.<br><br>CITY OF DETROIT, et al.,<br><br>Defendants.<br>_______________________ / | Case No. 26-11971<br><br>F. Kay Behm<br>United States District Judge |

ORDER GRANTING MOTION TO WITHDRAW ECF 8 (ECF No. 9), DENYING MOTION FOR LEAVE TO REGISTER FOR ELECTRONIC FILING (ECF No. 6), DENYING MOTIONS FOR PACER FEE EXEMPTIONS (ECF Nos. 5, 13) AND GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT (ECF No. 11)

Plaintiff moves withdraw the memorandum filed at ECF No. 8. (ECF No. 9). This motion is GRANTED.

Plaintiff also moves to leave to register and use the court's electronic filing system as a pro se litigant. (ECF No. 6). The process for becoming a pro se e-filer can be found on the court's website at https://www.mied.uscourts.gov/PDFFiles/ProSeEfileReqInstructionsPACER-1.pdf. The court cannot grant this relief by motion and Plaintiff must undertake the process outlined on the court's website. Accordingly, the motion is DENIED.

Plaintiff next moves for an exemption from PACER fees. (ECF Nos. 5, 13). Once Plaintiff becomes an e-filer, he will have access to PACER that includes "one free look" at documents filed on the docket. Accordingly, these motions are DENIED.

Plaintiff moves to amend his complaint and has attached a proposed amended complaint. (ECF No. 11). Pursuant to Fed. R. Civ. P. 15(a)(1), a party may amend its complaint once as a matter of course before service. The complaint has not yet been served in this matter and thus, Plaintiff may amend as of right. Accordingly, the motion for leave to amend is GRANTED. Plaintiff must re-file his amended complaint, in the form found at ECF No. 11-2, without further modification, within 14 days of entry of this Order.

SO ORDERED.

Date: August 14, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge