UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEQUAN LYNN HALL,

Plaintiff,

v.

CITY OF DETROIT, ET AL.,

Defendants.
______________________________/

Case No. 4:26-cv-11971

District Judge F. Kay Behm
Magistrate Judge Anthony P. Patti

**ORDER REGARDING FILING OF "NOTICES" AND EVIDENCE**

Plaintiff has filed more than one notice of exhibits. (*See, e.g.*, ECF Nos. 15, 22.) Plaintiff is **DIRECTED** to stop filing "Notices." Evidence and notices are not to be filed separate and apart from motions and pleadings. Plaintiff must immediately read the Local Rules of this Court and my Practice Guidelines (both of which are available on the Court' website) and understand that future "notices," free-standing evidence and letters to the Court will be stricken. He must also understand that, contrary to what he suggests in his "Updated Notice" (ECF No. 22), he may not file his exhibits separately from his amended complaint as free-standing documents on this docket, but may only attach them to the pleading or motion which they are intended to support. It is **SO ORDERED**.

Dated: August 20, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE