UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEQUAUN LYNN HALL,

Plaintiff,

v.

CITY OF DETROIT,
WAYNE COUNTY,
JAMES HEBERGER,
NATALIE BROOKINS/BROOKINGS,
FLORENCE NELSON, and
JOHN DOES 1-5,

Defendants.
_______________________________________/

Case No. 4:26-cv-11971

District Judge F. Kay Behm
Magistrate Judge Anthony P. Patti

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION (ECF No. 7)**

Dequaun Lynn Hall initiated this lawsuit *in pro per* in June 2026, nearly four months following the dismissal of criminal charges against him in state court. *See* Case No. 24-003144-01-FC (Wayne County Circuit Court). In the now operative pleading, Hall alleges that "investigative actors knowingly or recklessly used a materially incomplete or misleading probable-cause record by failing to fairly account for major differences between the contemporaneous 2000 record and the later 2022-2024 prosecution theory, missing or later-located evidence, witness-memory problems, and limitations in decades-old forensic evidence." (ECF No. 21, ¶ 2.)

Presently before the Court is Plaintiff's June 17, 2026 motion for preservation order and litigation hold concerning evidence and electronically stored information (ESI). (ECF No. 7.) Among other things, Plaintiff seeks an order to "suspend any routine destruction, deletion, overwriting, recycling, purging, retention-schedule disposal, or alteration of records related to Plaintiff, the 2000 Detroit Police Department investigation, the 2022 reinvestigation, the 2024 arrest/bindover, the 2025 trial, the post-mistrial proceedings, the later dismissal, and all DNA/forensic evidence connected to Wayne County Circuit Court Case No. 24-003144-01-FC." (ECF No. 7, PageID.324 ¶ 1.) He also describes "specific evidence and ESI to be preserved[,]" (*id*., PageID.327-329), and he attaches an unsworn declaration under penalty of perjury (*id*., PageID.330-332) in support of his request.

Upon consideration, Plaintiff's motion is **DENIED WITHOUT PREJUDICE** to the extent it seeks entry of an order at this time. (ECF No. 7, PageID.323, 330.) Plaintiff is proceeding *in forma pauperis* (ECF Nos. 2, 17), the U.S. Marshal Service (USMS) is facilitating service (ECF Nos. 18, 27), and the USMS's attempts at service upon the five named defendants are still in process. (ECF Nos. 27, 28).[1] Indeed, there has yet to be an appearance by a defendant in

[1] It seems the attempts at service were each delivered on or about September 8, 2026. (ECF Nos. 27, 28; *see also* www.usps.com/tracking; City of Detroit (7011157000012641075); County of Wayne (7011157000012641082); James

this matter. Instead, as Plaintiff suggests in the alternative, "rather than a merits denial[,]" the motion is denied "without prejudice to refiling immediately after service/appearance[.]" (ECF No. 7, PageID.323.)

**IT IS SO ORDERED.**[2]

Dated: September 23, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

Heberger (70111570000012641099); Natalie Brookins (Brookings) (70111570000012641105); Florence Nelson (70111570000012641112).) Assuming, *arguendo*, these constitute *effective* service of process, Defendants' answers would be due on or about September 29, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

[2] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).