UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEQUAUN LYNN HALL,

Plaintiff,

v.

CITY OF DETROIT, *et al*.,

Defendants.
_________________________________/

Case No. 4:26-cv-11971

District Judge F. Kay Behm
Magistrate Judge Anthony P. Patti

**ORDER DIRECTING THE USMS TO RE-ATTEMPT SERVICE UPON DEFENDANT NELSON WITH DELIVERY RESTRICTED TO THE ADDRESSEE AND SIGNATURE REQUIRED**

Plaintiff initiated this lawsuit in June 2026 against 18 named Defendants and up to 40 Doe Defendants. (ECF No. 1, ¶¶ 12-25.) As a result of the August 17, 2026 amended complaint (ECF No. 21), the case proceeds only against the City of Detroit, the County of Wayne, James Heberger, Natalie Brookins, Florence Nelson, and John Does 1-5. (*Id*., ¶¶ 9-16.)

The U.S. Marshals Service (USMS) attempted service upon the 5 named Defendants by mail on August 31, 2026. (ECF No. 27.) Appearances have been entered on behalf of the City of Detroit (ECF No. 30), as well as the County of Wayne, Brookins, Heberger (ECF No. 31). Nelson has yet to appear.

Plaintiff describes Florence Nelson as "Adv Nelson" or "Advocate Nelson," in some cases mentioning an August 12, 2022 interview at Avalon Center. (ECF

No. 21 ¶¶ 12, 13, 14, 16, 28, 29, 77.) Although it is not clear from the operative pleading whether Nelson is an employee of the City of Detroit, Wayne County, Avalon Center, or some other entity, the USMS's August 31, 2026 attempt at service upon Nelson was sent c/o Avalon Healing Center, 601 Bagley St., Detroit, MI 48226. (ECF No. 27, PageID.522; *see also* https://avalonhealing.org/.) Based on the tracking number (*id*., PageID.522), it appears to have been delivered on September 8, 2026 to an address in Detroit and was "left with individual."[1]

It is unclear whether the initial attempt at service upon Nelson was effective under the rules regarding service. *See*, *e.g.*, Fed. R. Civ. P. 4(e)(1), M.C.R. 2.105 ("Process; Manner of Service"). Upon consideration, the USMS is **DIRECTED** to re-attempt service upon Florence Nelson (c/o Avalon Healing Center, 601 Bagley Street, Detroit, MI 48226) with delivery restricted to the addressee and signature required. If such attempt is unsuccessful, the Court will consider entering an order requiring Plaintiff to show cause as to why his claims against this Defendant should not be dismissed without prejudice for failure to effect service upon Defendant Nelson in accordance with Fed. R. Civ. P. 4(m) ("Time Limit For Service").

[1] *See* https://tools.usps.com/tracking/70111570000012641112 (last visited Oct. 22, 2026).

**IT IS SO ORDERED.**[2]

Dated: October 22, 2026

s/ Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

[2] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).